1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510)637-3705
7       Facsimile: (510)637-3724
        michelle.morgan-kelly@usdoj.gov
8
   Attorneys for Plaintiff
9

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                  OAKLAND DIVISION

14 | UNITED STATES OF AMERICA,        )   No. CR 06-00222-SBA
                                      )
15 |        Plaintiff,                )   STIPULATION AND PROTECTIVE
                                      )   ORDER RE: DISCOVERY OF CHILD
16 |    v.                            )   PORNOGRAPHY
                                      )
17 | WARREN G.H. CRECY, JR.,          )   OAKLAND VENUE
                                      )
18 |        Defendant.                )
                                      )
19 |_____ )

20

21      With the agreement of the parties, and with the consent of the defendant, the Court enters the

22 following order:

23      Defendant is charged with certain offenses pertaining to the transportation of child

24 pornography, in violation of 18 U.S.C. § 2252.  The United States will produce to counsel for the

25 defendant in this case discovery, including digital media, that contains images of child

26 pornography.  Pursuant to the child victim privacy provisions of 18 U.S.C. § 3509(d) and

27 Federal Rule of Criminal Procedure 16, the United States requests that disclosure of these

28 materials be subject to the following restrictions:


STIPULATION AND [PROPOSED] PROTECTIVE ORDER

1. Except when being actively examined for the purpose of the preparation of the defense of defendant Warren Crecy, the digital and/or paper media produced by the United States to defense counsel, Ms. Joyce Leavitt, shall be maintained in a locked, safe, and secure drawer, cabinet, or safe which is accessible only to Ms. Leavitt, members of her trial preparation working with her to prepare Mr. Crecy's defense, and her investigator. Ms. Leavitt, members of her trial preparation team, and the investigator shall not permit any person access of any kind to the digital and/or paper media or information related to child victims except as set forth below.

2. The following individuals may examine the digital and/or paper media for the sole purpose of preparing the defense of defendant Warren Crecy and for no other purpose:
    a. Counsel for the defendant, Joyce Leavitt;
    b. Persons employed by the Office of the Federal Public Defender who are assisting with the preparation of Warren Crecy's defense;
    c. Defendant Warren Crecy, but only in the presence of his attorney;
    d. Any expert(s) retained on behalf of defendant Warren Crecy to assist in the defense of this matter; and
    e. Any investigator(s) retained on behalf of defendant Warren Crecy to assist in the defense of this matter.

3. A copy of this order shall be maintained with the digital and/or paper media at all times.

4. All individuals other than Ms. Leavitt and Warren Crecy who receive access to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign a copy of this Order acknowledging that:
    a. They have reviewed the Order;
    b. They understand all its contents;
    c. They agree that they will only access the digital media for the purposes of preparing a defense for defendant Warren Crecy;
    d. They will not make any copies of any image files within the digital media without further order of the Court;

STIPULATION AND [PROPOSED] PROTECTIVE ORDER

    e.    They will not access the digital media from any computer that is connection to the Internet or to any local network; and

    f.    They understand that failure to abide by this Order may result in sanctions by this Court and in state or federal criminal charges for possession or dissemination of child pornography.

Counsel for Warren Crecy, Ms. Leavitt, shall promptly file signed copies of the Order, ex parte and under seal.  The United States shall have no access to these signed copies without further order of the District Court.

5. No other person may be allowed to examine the material without further court order. Examination of the digital and/or paper media shall be done in a secure environment which will not expose the materials to other individuals not listed above.

6. No copies of any image files contained in the digital and/or paper media may be made without further court order.  The prohibition on copying includes (1) printing out images onto paper or film and (2) duplicating the images in any digital format.  Non-image files such as word processing files, e-mails, and other text files may be duplicated to the extent necessary to prepare the defense of this matter.

7. The computer from which the digital media will be accessed shall not be connected to the Internet or to any other computer network.

8. Any pleadings that include or make reference to the above-described materials or their contents shall be filed under seal.

9. Within five court days of the judgement and sentencing hearing in this matter, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the United States.  The United States shall destroy them.  If defendant believes that he must maintain the material for any reasons related to appeal, defendant must seek authorization from the District Court within five days of the sentencing and judgment in this matter.

STIPULATION AND [PROPOSED] PROTECTIVE ORDER

1  SO STIPULATED:

2
                                            KEVIN V. RYAN
3                                           United States Attorney

4
   Dated:___4/11/06_____    By:_____/s/_____
5                                           MICHELLE MORGAN-KELLY
                                            Assistant United States Attorney
6

7

8  Dated:___4/11/06_____         _____/s/_____
                                            JOYCE LEAVITT
9                                           Attorney for Defendant

10

11 IT IS SO ORDERED that disclosure of the above-described discovery materials shall be

12 restricted as set forth above.

13

14 Dated:4/17/06
                                            _____
15                                          SAUNDRA BROWN ARMSTRONG
                                            United States District Court Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

   STIPULATION AND [PROPOSED] PROTECTIVE ORDER