KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax:  (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 06 0222-SBA |
| Plaintiff, ) | |
| ) | [~~PROPSOED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161(h)(1)(I)) FROM SEPTEMBER 14, 2006 THROUGH DECEMBER 12, 2006 |
| v. ) | |
| WARREN CRECY, JR., ) | |
| Defendant. ) | |

   Upon the submission to the Court by the parties of the proposed Plea Agreement on September 14, 2006, and having scheduled the change of plea and sentencing hearing for December 12, 2006, pursuant to Title 18, United States Code, Section 3161(h)(1)(I), IT IS HEREBY ORDERED THAT:

1. The time period from September 14, 2006 through December 12, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(I), pending the Court's consideration of the Plea Agreement.

DATED: 9/14/06

*/s/ Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States District Court Judge