1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4
   Counsel for Defendant CRECY
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )
                                        )   No. CR 06-00222 SBA
12              Plaintiff,              )
                                        )   STIPULATION AND]
13      v.                              )   ORDER CONTINUING COURT DATE
                                        )   AND EXCLUSION OF TIME UNDER
14                                      )   THE SPEEDY TRIAL ACT, 18 U.S.C.
15 WARREN CRECY,                        )   § 3161 ET SEQ.
                                        )
16              Defendant.              )

17

18      IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of

19 plea or trial setting date of March 13, 2007, at 9:00 a.m., before the Honorable Saundra Brown

20 Armstrong, may be continued one week to March 20, 2007, at 9:00 a.m. for change of plea or trial

21 setting.

22
        The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A)
23
24 and (B)(iv).  The reason for the requested continuance is that defense counsel has received additional

25 discovery from the government which she must investigate and review with her client Mr. Crecy.

26 Defense counsel is not able to meet with Mr. Crecy prior to the next scheduled court appearance

*United States v Warren Crecy*, CR 06 00222 SBA
STIP TO CONTINUE CHANGE OF PLEA         - 1 -

because she is traveling out of state and will be unavailable from March 9, 2007 through March 12, 2007.  If the Court continues the next court date to March 20, 2007, defense counsel should have sufficient time to meet with Mr. Crecy and discuss the additional documents and be prepared either for a change of plea or for trial setting.

The parties stipulate that the ends of justice served by the continuance requested outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and a continuance would also allow for continuity of counsel.

/S/

DATED: 3/7/07                              _____
                                           MICHELLE MORGAN-KELLY
                                           Assistant United States Attorney

/S/

DATED: 3/7/07                              _____
                                           JOYCE LEAVITT
                                           Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

*United States v Warren Crecy*, CR 06 00222 SBA
STIP TO CONTINUE CHANGE OF PLEA                - 2 -

UNITED STATES OF AMERICA VS. WARREN CRECY

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea or trial setting date of March 13, 2007 at 9:00 a.m. before the Honorable Saundra Brown Armstrong is continued to March 20, 2007 at 9:00 a.m.

IT IS FURTHER ORDERED that that time be excluded under the speedy trial act, 18 U.S.C. §3161(H) (8)(A) and (B)(iv) from March 13, 2007 until March 20, 2007.  The Court finds that the ends of justice served by the granting of the continuance from March 13, 2007 to March 20, 2007 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and for continuity of counsel.  Given counsel's need to review the discovery with her client and conduct additional investigation, and given the unavailability of counsel from March 9, 2007 through March 12, 2007, the Court finds that failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:  3/9/07

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge