BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607

Counsel for Defendant CRECY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00222 SBA |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER CONTINUING COURT DATE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. |
| ) WARREN CRECY, ) ) Defendant. ) | § 3161 ET SEQ. |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date of May 1, 2007, at 11:00 a.m., before the Honorable Saundra Brown Armstrong, may be continued two weeks to May 15, 2007, at 11:00 a.m. for change of plea and sentencing.

The status of the case is that the defendant Warren Crecy has agreed to plead guilty in accordance with a revised plea agreement which will be entered into under Fed. R. Crim. P. 11(c)(1)(C). A copy of the plea agreement will be provided to the Court for its consideration. In addition, a pre-plea report has been prepared however there are disputes which must be determined

at sentencing.  Defense counsel needs additional time to obtain documents in preparation for filing its sentencing memorandum.  If the Court continue the matter two weeks to May 15, 2007, it should provide adequate time for defense counsel to file a sentencing memorandum addressing the disputes and other sentencing issues.

The parties stipulate that the ends of justice served outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The requested continuance is sought under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv).  In addition, once the Court receives the proposed plea agreement, time may be excluded under 18 U.S.C. §3161(h)(1)(I).

/S/

DATED:   April 20, 2007            _____
                                   MICHELLE MORGAN-KELLY
                                   Assistant United States Attorney

/S/

DATED:   April 23, 2007            _____
                                   JOYCE LEAVITT
                                   Assistant Federal Public Defender


SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document

*United States v Warren Crecy*, CR 06 00222 SBA
Stip to Continue Change of Plea Date            - 2 -

UNITED STATES OF AMERICA VS. WARREN CRECY

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date of May 1, 2007 at 11:00 a.m. before the Honorable Saundra Brown Armstrong is hereby continued two weeks to May 15, 2007 at 11:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that time be excluded under the speedy trial act, 18 U.S.C. §3161(H) (8)(A) and (B)(iv) from May 1, 2007 until May 15, 2007.  The Court finds that the ends of justice served by the granting of the continuance from May 1, 2007 to May 15, 2007 outweigh the best interests of the public and the defendant in a speedy and public trial to allow defense counsel additional time to obtain documents in order to file a sentencing memorandum addressing disputes in the Pre-plea report and other sentencing issues.  18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv).  In addition, once the Court receives the proposed plea agreement, time shall be excluded under 18 U.S.C. §3161(h)(1)(I).

SO ORDERED.

DATED:  4/24/07

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

*United States v Warren Crecy*, CR 06 00222 SBA
Stip to Continue Change of Plea Date                - 3 -